**95–1019.** State v. Elkins. *Stark County,* No. 94CA0204. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**95–1050.** State v. Danzy. *Erie County,* No. E–89–40. On motion for leave to file delayed appeal. Motion denied.